### 36982. JOHNSON v. WILSON et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED FEBRUARY 24, 1981.

*John Lantz,* for appellant.
*Alton T. Milam,* for appellees.